# United States Bankruptcy Court
# District of South Carolina

IN RE:

JOSEPH CHARLES LOVELL  
PAMELA ANN LOVELL  
259 HIGHGATE CIRCLE  
GREER, SC  29650

CASE NO.: 07-03140-hb  
CHAPTER 13

DEBTORS

## TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

Gretchen D. Holland, Trustee for the above referenced case is submitting by mail check #0584555 in the amount of $700.95 representing monies designated to creditors or debtor refund as follows:

| Creditor / Payee | Claim # | Reason for Return | Amount |
|---|---|---|---|
| First American Investment | 39 | Unable to Locate | $618.15 |

Date: 09/05/2012

/s/ Gretchen D. Holland  
Gretchen D. Holland, Chapter 13 Trustee  
3 Caledon Court, Suite A  
Greenville, SC  29615  
864-242-0314  
864-242-3679 Facsimile

### FOR BANKRUPTCY COURT USE ONLY

| Date | Reference | Received | Disbursed | Balance |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |